

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. ED CR 05-69(A) VAP |
|---|---|
| Plaintiff, | ) ORDER FOR APPOINTMENT OF CAPITAL COUNSEL AND SECOND COUNSEL FOR |
| v. | ) **DEFENDANT ALEJANDRO MUJICA** |
| JOSE MURILLO, et al. | ) ORDER AUTHORIZING INTERIM VOUCHERS AND DEEMING CASE |
| Defendants. | ) EXTENDED AND COMPLEX |

The Court appoints capital qualified counsel, Paul E. Potter, SBN 93002, 3852 E. Colorado Blvd., Pasadena, CA 91107, 626-795-0681, 626-795-0725(fax), pepsquire@earthlink.net, at the rate of $163.00 per hour; and appoints second panel counsel Darlene Ricker, SBN 151653, P.O. Box 2285, Malibu, CA 90265, 310-457-8600, 310-457-8602 (fax), dmricker@aol.com , at the rate of $92.00 per hour. In the event the government decides against seeking imposition of capital punishment as against a specific named defendant herein, the capital qualified counsel will be relieved and the panel attorney shall have primary responsibility.

IT IS HEREBY ORDERED THAT counsel and experts appointed under the Criminal Justice Act are authorized to submit CJA vouchers for

periods of service covering no less than 30 days and claiming more than $500.00. Counsel appointed under the Criminal Justice Act are to submit (not file) all CJA funding applications and proposed orders for CJA funds to CJA Supervising Attorney Randall W. Schnack. By the delegated authority conferred upon the CJA Supervising Attorney in General Orders 97-7 and 00-1, the CJA Supervising Attorney shall act upon all CJA funding applications. The CJA Supervising Attorney's address is 312 N. Spring Street, Room 810, Los Angeles, California 90012-4797.

   IT IS FURTHER ORDERED that this case be deemed extended and complex as defined in the Criminal Justice Act.

IT IS SO ORDERED.

Dated: January 24, 2006

VIRGINIA A. PHILLIPS
United States District Judge