Name and address
DARLENE M. RICKER SBN 151653
24955 Pacific Coast Hwy.
Suite A204
Malibu, California 90265
(310) 457-8600 Tel
(310) 457-8602 Fax

Priority ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

```
                    FILED
          CLERK, U.S. DISTRICT COURT

              AUG - 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>ALEJANDRO MUJICA,<br><br>Defendant(s). | CASE NUMBER<br><br>EDCR05-069(B) VAP<br><br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

**ALEJANDRO MUJICA** ☐ Plaintiff ☑ Defendant ☐ Other _____
*Name of Party*

to substitute _____ **KENNETH REED** _____ who is

☐ Retained Counsel ☑ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

~~4806 WEST FIRST STREET~~ 404 W. 4th Street, Ste C
*Street Address*

SANTA ANA, CA 92703-5155                kreed@ix.netcom.com
*City, State, Zip*                        *E-Mail Address*

(714) 953-7400            (714) 953-7412            _____
*Telephone Number*          *Fax Number*             *State Bar Number*

as attorney of record in place and stead of **DARLENE M. RICKER** _____
*Present Attorney*

**is hereby** ☑ **GRANTED** ☐ **DENIED**

Dated *August 8 2006*

*Virginia C. Phillips*
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING
PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST
COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED
AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL
SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**

AUG 10 2006
BY ___ VC 070